MCDANIEL *v.* TEBBETTS & *a.*

Assessors of taxes are not liable for errors of judgment, unintentional mistakes, irregularities, or illegalities in the assessment.

CASE, for illegal assessment of taxes against the plaintiff by the defendants, as assessors of B. for 1879.  The declaration did not charge nor the evidence show bad faith or wilful misconduct in making the assessment.  A nonsuit was ordered, and the plaintiff excepted.

*Woodman & Whittemore* and *Copeland,* for the plaintiff.

*Frink* and *A. R. Hatch,* for the defendants.

CLARK, J.  Assessors of taxes are not liable for errors of judgment, unintentional mistakes, irregularities, or illegalities in the assessment.  In cases of erroneous assessment and overvaluation, the tax-payer has an adequate remedy by appeal, in the form of a petition for abatement.  *Edes* v. *Boardman,* 58 N. H. 580, 596; *Odiorne* v. *Rand,* 59 N. H. 504.

*Exceptions overruled.*

BLODGETT, J., did not sit: the others concurred.